UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GRACE ALBANESE,<br><br>                Plaintiff,<br><br>v.<br><br>REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVDA,<br><br>                Defendant. | Case No. 2:16-cv-01882-APG-PAL<br><br>**ORDER**<br><br>(Mot. Amend Compl. – ECF No. 5) |

       This matter is before the court on Plaintiff Grace Albanese's Motion for Leave to File Amended Complaint (ECF No. 5). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

       Ms. Albanese is proceeding in this action *pro se* and *in forma pauperis*. On July 24, 2017, the court entered a Screening Order (ECF No. 3) instructing her to file an amended complaint if she believed she could correct the noted defects in her complaint. The current motion, filed July 31, 2017, indicates that she wishes to file an amended complaint and asks that a form be mailed to her. On August 7, 2017, Albanese filed a First Amended Complaint (ECF No. 6) on a blank sheet of paper. The Local Rules of Practice states that a "civil-rights complaint filed by a person who is not represented by counsel *must be submitted on the form provided by this court*." LSR 2-1 (emphasis added). If Ms. Albanese wants to move forward with her claims, she must submit an amended complaint on the approved form. The Clerk of the Court will be instructed to mail her a blank civil rights complaint.[1]

---

[1] The non-prisoner Complaint for Violation of Civil Rights, Pro Se Form 15, is also available for download on the United States Courts' website at uscourts.gov/forms/pro-se-forms/complaint-violation-civil-rights-non-prisoner.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff Grace Albanese's Motion for Leave to File Amended Complaint (ECF No. 5) is **GRANTED**.

2. The Clerk of the Court SHALL MAIL Ms. Albanese a blank civil rights complaint (Pro Se Form 15) for non-incarcerated litigants.

3. Ms. Albanese shall have until **August 31, 2017**, to file a second amended complaint if she believes she can correct the deficiencies noted in the Screening Order (ECF No. 3).

4. The second amended complaint must be a complete document in and of itself and will supersede the original complaint in its entirety. Any allegations, parties, or requests for relief from prior papers that are not carried forward in the amended complaint will no longer be before the court.

5. Ms. Albanese shall clearly title the amended complaint as such by placing the words "SECOND AMENDED" immediately above "Complaint for a Civil Case" on the first page and write 2:16-cv-01822-APG-PAL in the space for "Case No."

6. Ms. Albanese's failure to comply with this Order by submitting a second amended complaint before the **August 31, 2017** deadline will result in a recommendation to the district judge that this case be dismissed.

Dated this 11th day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE