# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GRACE ALBANESE,

     Plaintiff

v.

REGIONAL TRANSPORTATION
COMMISSION OF SOUTHERN NEVADA,

     Defendant

Case No.: 2:16-cv-01882-APG-PAL

**Order Accepting Report and
Recommendation**

[ECF No. 9]

On January 14, 2019, Magistrate Judge Leen recommended that I dismiss the complaint with prejudice because the plaintiff failed to state a cognizable claim despite being given leave to amend to do so. ECF No. 9. Plaintiff Grace Albanese did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 9) is accepted**. Plaintiff Grace Albanese's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE